# Court of Appeals
# of the State of Georgia

ATLANTA,    May 01, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1532. WILLIAM E. FAVORS v. THE STATE.**

William Favors pled guilty to possession of marijuana with intent to distribute. He subsequently filed an out of time motion to withdraw his guilty plea, and the trial court denied the motion by order entered February 27, 2014. On April 2, 2014, Favors filed a notice of appeal to this Court. We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Favors filed his notice of appeal 34 days after entry of the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/01/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*